IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MACK FOREMAN, #200291, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03cv602-F |
| ) | (WO) |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 66) filed herein on August 15, 2005, said Recommendation is hereby ADOPTED, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The defendants' motion for summary judgment (Doc. # 9), as supplemented (Doc. # 33) is GRANTED.

2. This case is DISMISSED with prejudice.

3. The costs of this proceeding are taxed against the plaintiff.

Done this 8th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE